AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
JUN 16 2017

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

United States of America
v.
James Dennis Smith, Jr.

Case No. 1:17mj149

_Defendant_

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   James Dennis Smith, Jr.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(a)(1) & (b)(1)(B) Conspiracy to Distribute and Possess With Intent to Distribute Marijuana.

Date:   06/16/2017
                                                                _Issuing officer's signature_

City and state:   Columbia, South Carolina                    Shiva V. Hodges, United States Magistrate Judge
                                                                _Printed name and title_

### Return

This warrant was received on _(date)_ JUN 16 2017, and the person was arrested on _(date)_ 06-17-2017
at _(city and state)_ Columbia, SC.

Date: 06-19-2017                                              S/A Barry Wilson, DEA
                                                                _Arresting officer's signature_

                                                              By: Bonnie Walters, Data Analyst
                                                                _Printed name and title_