# United States District Court

------------------------------------ DISTRICT OF SOUTH CAROLINA --------------------------------------

EXHIBIT AND WITNESS LIST

USA
    vs.
James Dennis Smith, Jr.                      Case Number: 3:17-640

| Presiding Judge | Government Attorney | Defendant's Attorney |
|---|---|---|
| Paige J. Gossett | Benjamin Garner, AUSA | Gregory Harris, retained<br>Jacquelyn Ford, pro hac<br>James Buxton, pro hac |
| Hearing Date | Court Reporter | Courtroom Deputy |
| 7/28/2017 | ESR | Jennifer Peterson |

| Gov No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| 1 | | 7/28/2017 | 1 | x | Surveillance photo of 3 men |
| 3 | | 7/28/2017 | 3 | x | Photo of airplane and items seized during search warrant execution |
| 4 | | 7/28/2017 | 4 | x | Photocopy of CIA credentials and badge |
| 5 | | 7/28/2017 | 5 | x | Photograph of lockbox and contents from truck |
| 6 | | 7/28/2017 | 6 | x | Photograph of money |
| 7 | | 7/28/2017 | 7 | x | Photograph of money |
| | 1 | 7/25/2017 | 1 | x | Packet of information about defendant's military service and personal life |
| | 2 | 7/28/2017 | 2 | x | Summary of Defendant's personal information |
| | 3 | 7/28/2017 | 3 | x | Witness Col. Jeffrey Murray's resume |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1