IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF )<br>)<br>3905 Rosewood Drive, Columbia, South Carolina, )<br>260 Shoreline Drive, Columbia, South Carolina, )<br>Unit 673 at Riverchase Self Storage, 115 Riverchase )<br>Way, Lexington, South Carolina, Unit C180 at The )<br>Storage Center, 1387 East Pine Log Road, Aiken, )<br>South Carolina, Safe Deposit Box 148 at State Credit )<br>Union, 800 Huger Street, Columbia, South Carolina, )<br>3800 Abingdon Road, Columbia, South Carolina and 37 )<br>Wade Hampton Drive, Beaufort, South Carolina )  | **UNDER SEAL** |

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves this Court to seal the affidavit accompanying the search warrants. The purpose of the Government's request is to protect the information contained within these documents to avoid premature disclosure of the investigation, guard against fugitives, and better ensure the safety of agents and others, except that working copies should be made available to the United States Attorney's Office, the DEA, and any other law enforcement agency designated by the United States Attorney's Office. The Court has the inherent authority to seal these documents. *See Baltimore Sun v. Goetz*, 886 F. 2d 60 (4th Cir. 1988); *In re Application of the United States for an Order Pursuant to 18 U.S.C Section 2703(D)*, 707 F. 3d 283 (4th Cir. 2013).

Based on the foregoing, the Government requests that the affidavit accompanying the search warrants be filed under seal.

Respectfully submitted,
BETH DRAKE
UNITED STATES ATTORNEY

By: s/Benjamin N. Garner
Benjamin N. Garner (Fed. ID 11477)
Assistant United States Attorney

Columbia, South Carolina
August 9, 2017

2