# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Tracking of<br>*(Identify the person to be tracked or describe*<br>*the object or property to be used for tracking)*<br>THE CELLULAR PHONE ASSIGNED CALL NUMBER (619) 806-4114 | )<br>)<br>)<br>)  Case No.<br>)<br>) |

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of __21__ U.S.C. § __841 and 846__. Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

- ☐ The person, property, or object is located in this district.
- ☐ The person, property, or object is not now located in this district, but will be at the time of execution.
- ☐ The activity in this district relates to domestic or international terrorism.
- ☑ Other: This Court has jurisdiction over the offense being investigated. 18 U.S.C. §§ 2703(c)(1)(A), 2711(3)(A) and F.R.C.P. 41

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

- ☑ evidence of a crime;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ a person to be arrested or a person who is unlawfully restrained.

☐ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Doug McElwain, Special Agent
*Applicant's printed name and title*

Sworn to before me and signed in my presence.

Date: May 30, 2017

*Judge's signature*

City and state: Columbia, South Carolina

Paige J. Gossett, United States Magistrate Judge
*Printed name and title*

AO 104 (Rev. 07/16) Tracking Warrant

# UNITED STATES DISTRICT COURT
for the
_____ District of South Carolina

In the Matter of the Tracking of
*(Identify the person, property, or object to be tracked)*

THE CELLULAR PHONE ASSIGNED CALL
NUMBER (619) 806-4114

)
)
)   Case No.
)
)
)

## TRACKING WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and ☐ is located in this district; ☐ is not now located in this district, but will be at execution; ☐ the activity in this district relates to domestic or international terrorism; ☑ other:
This Court has jurisdiction over the offense being investigated. 18 U.S.C. §§ 2703(c)(1)(A), 2711(3)(A) and F.R.C.P. 41 .

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that
*(check the appropriate box)* ☑ using the object    ☐ installing and using a tracking device
to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☑ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device: See Attachment A to the affidavit

YOU ARE COMMANDED to execute this warrant and begin use of the object or complete any installation authorized by the warrant by June 9, 2017 *(no later than 10 days from the date this warrant was issued)* and may continue to use the device until July 14, 2017 *(no later than 45 days from the date this warrant was issued).* The tracking may occur within this district or another district. To install, maintain, or remove the device, you may enter *(check boxes as appropriate)* you may utilize the device for tracking  PJG
☐ into the vehicle described above  ☐ onto the private property described above
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to *(United States Magistrate Judge)*     Paige J. Gossett     and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☑ Pursuant to 18 U.S.C. § 3103a(b)(1), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and this warrant prohibits the seizure of any tangible property or any wire or electronic communications (as defined in 18 U.S.C § 2510). I therefore authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*
☑ for   30   days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: May 30, 2017
10:54 a.m.

*Judge's signature*

City and state:  Columbia, South Carolina

Paige J. Gossett, United States Magistrate Judge
*Printed name and title*

Case No. Tracking Warrant for (619) 806-4114 signed 5/30/17

### Return of Tracking Warrant With Installation

1. Date and time tracking device installed: <u>GPS data received 6/01/17 00:10:21</u> GMT

2. Dates and times tracking device maintained: <u>NA- GPS data from cell phone</u>

3. Date and time tracking device removed: <u>NA- GPS data from cell phone</u>

4. The tracking device was used from (date and time): 6/01/17 00:10:21 GMT

   to (date and time): 6/27/17 19:11:10 GMT .

### Return of Tracking Warrant Without Installation

1. Date warrant executed: _____

2. The tracking information was obtained from (date and time): _____

   to (date and time): _____ .

### Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: August 23, 2017

_____
*Executing officer's signature*

Special Agent Doug McElwain
*Printed name and title*