IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 3:17-640-MGL |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES DENNIS SMITH, JR., | ) | **WAIVER** |
| | ) | |
| DEFENDANT. | ) | |

I, James Dennis Smith, Jr., have been advised of my rights under the Speedy Trial Act of 1974 and hereby waive my rights and request a continuance of my case to the next term of court.

_____
James Dennis Smith, Jr.

December __1__, 2017