IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case Number: 3:17-640-MGL |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES DENNIS SMITH, JR., | ) | **MOTION TO RECONSIDER BOND** |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

COMES NOW the defendant, by and through counsel undersigned, and with the consent of the government, who requests a hearing for reconsideration of the bond denied by this Court on July 28, 2017. Counsel for the defendant has discussed this request with Assistant U.S. Attorney Ben Garner who is available to hear the motion on January 16, 2018.

                                    Respectfully submitted,

                                    s/ Gregory P. Harris
                                    Gregory P. Harris (#1739)
                                    Harris & Gasser, LLC
                                    1529 Laurel Street
                                    Columbia, South Carolina 29201
                                    (803) 779-7080

                                    Attorney for Defendant James Dennis Smith, Jr.

Columbia, South Carolina
January 10, 2018