IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: 3:17-640-MGL |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES DENNIS SMITH, JR., | ) | **MOTION TO PERMIT TRAVEL** |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

NOW COMES the defendant, James Dennis Smith, Jr., by and through undersigned counsel, who respectfully moves this Court to permit the defendant to travel to the state of Oklahoma to attend a civil mediation hearing.[1] The defendant would leave on September 20, 2018 and return home on September 26, 2018. The defendant will be staying at his mother's residence at 905 S. Townsend, Ada, Oklahoma 74820.

Going forward, defendant requests permission from the Court to travel to the state of Oklahoma to attend to all legal matters currently pending in that jurisdiction. To date, the defendant has been compliant with all terms and conditions of his bond.

WHEREFORE, the defendant respectfully requests an Order from the Court granting the travel request as described above, as well as all future travel to address legal proceedings in Oklahoma.

---

[1] Although paragraph 7(f) of this Court's July 19, 2018 Order allows Mr. Smith to travel to Oklahoma to attend to his legal case, the U.S. Probation Office for the District of Tennessee is requiring further order of the Court.

Respectfully submitted,

s/ Gregory P. Harris
Gregory P. Harris (#1739)
Harris & Gasser, LLC
1529 Laurel Street
Columbia, South Carolina 29201
(803) 779-7080

Attorney for Defendant James Dennis Smith, Jr.

September 13, 2018