# IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE DISTRICT OF SOUTH CAROLINA

### COLUMBIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CR. NO.: 3:17-640-MGL** |
| | ) | |
| | ) | |
| **-v-** | ) | |
| | ) | **REQUEST FOR PROTECTION FROM** |
| **JAMES DENNIS SMITH, JR., et al** | ) | **COURT APPEARANCES** |

Special Assistant United States Attorney Sandra Strippoli, counsel for the

Government, respectfully requests protection from court appearances on the dates below

due to planned personal travel:

January 22-25, 2019,

February 11-15, 2019, and

May 28-31, 2019.

Respectfully submitted,

MATTHEW G. WHITAKER
ACTING ATTORNEY GENERAL

BYUNG J, PAK
UNITED STATES ATTORNEY

s/Sandra E. Strippoli
SANDRA E. STRIPPOLI
SPECIAL ASSISTANT UNITED ATTORNEY