IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**UNITED STATES OF AMERICA**

**VS**                      **CR NO. 3:17-640**

**JAMES DENNIS SMITH, JR**

## PLEA

The defendant, **JAMES DENNIS SMITH, JR**, having withdrawn his plea of Not Guilty entered January 16, 2018, pleads **GUILTY** to Counts **1 and 2** of the **Superseding Indictment** after arraignment in open court.

_____
(Signed) Defendant

Columbia, South Carolina
May 22, 2019